IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ODUNOLA SOWUNMI | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-4373 |
| | : | |
| AMERICAN AIRLINES, INC. | : | |

# **ORDER**

AND NOW, this 10th day of May, 2024, upon consideration of Defendant American Airlines' Motion to Dismiss Counts I and III (ECF No. 13), pro se Plaintiff Odunola Sowunmi's Response in Opposition, and American's reply, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.